# Court of Appeals
# of the State of Georgia

ATLANTA, December 30, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0948. EMILEE ANNE CHASTAIN v. SAMANTHA NICOLLETTE CHASTAIN.

In 2023, Samantha Nicollette Chastain filed a complaint for divorce, child custody, visitation, and child support against Emilee Anne Chastain; the couple shared two minor children who were conceived though artificial insemination. Emilee, who gave birth to both children, filed a motion, seeking a determination that because Samantha did not have a biological relationship with the children, the presumption of legitimacy under OCGA § 19-7-20 did not apply and Samantha lacked standing to seek determinations concerning the children. Samantha responded, arguing that the children are legitimate because they were born in wedlock. The trial court issued an order affirming the children's legitimacy and determining that Samantha is the children's legal parent. Emilee then filed this direct appeal. We, however, lack jurisdiction for two reasons.

First, under OCGA § 5-6-35(a)(2), appeals from orders in divorce cases must come by way of an application for a discretionary appeal. Second, the court's legitimation order is interlocutory because the divorce action remains pending below. Accordingly, Emilee was required to comply with the interlocutory appeal procedures — including securing a certificate of immediate review from the trial court — to obtain immediate appellate review of the order at issue. See OCGA § 5-6-34(b); *Guy v. Roberson*, 214 Ga. App. 391, 392 (1) (448 SE2d 60) (1994).

Emilee's failure to comply with the requisite appeal procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __12/30/2025_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*